| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 08CR02531-002-BEN |
| | DOCKET NUMBER *(Rec. Court)* |
| | CR15-00447 JSW |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Kyle Sean Chapman | Southern California | San Diego |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Roger T. Benitez U.S. District Judge |

| DATES OF | FROM | TO |
|---|---|---|
| Supervised Release | 01/09/2014 | 01/08/2017 |

**OFFENSE**

18 USC 922(g)(1) and 924(a)(2) Felon in Possession of Firearm, Class C Felony

FILED
SEP 15 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Northern District Of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| | |
|---|---|
| 9/2/15 | Roger T. Benitez |
| Date | U.S. District Judge |

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| 9/14/15 | |
| Effective Date | United States District Judge |