# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

1301 Clay Street, Suite 220S
Oakland, CA 94612-5217
TEL: (510) 637-3600
FAX: (415) 581-7420



**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**VERONICA RAMIREZ**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

**JAMES SCHLOETTER**
*ADMINISTRATIVE MANAGER*

**NOEL BELTON**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

August 19, 2016

The Honorable Jeffrey S. White
United States District Judge

        Re:  U.S. v. Kyle Chapman
        Docket No:  0971 4:15CR00447-JSW
        **TRAVEL REQUEST**

Your Honor:

On June 22, 2009, the offender was sentenced in the Southern District of California to 63 months custody and three years supervised release, for a violation of the following: Felon in Possession of a Firearm - 18 U.S.C. § 922(g)(1) and 924(a)(2), a Class C Felony.  The following special conditions of supervision were ordered: $100 special assessment; search: not possess body armor; not enter Republic of Mexico; report all vehicles; not possess narcotic drug; not frequent any gun trade shows; mental health treatment; provide probation officer with access to financial information; abstain from alcoholic beverages; substance abuse testing and treatment; weapons prohibition; DNA. Supervision commenced on January 9, 2014.

The offender has requested to travel to Cancun, Mexico, from September 8, 2016 through September 14, 2016, for a vacation with his wife.  All outstanding conditions have been satisfied at this time and Mr. Chapman is scheduled to complete supervision on January 8, 2017.  The undersigned recommends that travel be approved.

Respectfully submitted,

_____
Mark Unalp
U.S. Probation Officer

Reviewed by:

_____
Sonia Lapizco
Supervisory U.S. Probation Officer

Travel is:
☒ Approved
☐ Denied

Date: August 19, 2016

_____
Jeffrey S. White
United States District Judge

NDC-SUPV-FORM-046 06/01/2015