# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**
1301 Clay Street, Suite 220S
Oakland, CA 94612-5217
TEL: (510) 637-3600
FAX: (415) 581-7420

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**VERONICA RAMIREZ**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*



**JAMES SCHLOETTER**
*ADMINISTRATIVE MANAGER*

**NOEL BELTON**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

October 26, 2016

The Honorable Jeffrey S. White
United States District Judge

                Re:  U.S. v. Kyle Chapman
                Docket No:  0971 4:15CR00447-JSW
                **TRAVEL REQUEST**

Your Honor:

On June 22, 2009, the offender was sentenced in the Southern District of California to 63 months custody and three years supervised release, for a violation of the following: Felon in Possession of a Firearm - 18 U.S.C. § 922(g)(1) and 924(a)(2), a Class C Felony.  The following special conditions of supervision were ordered: $100 special assessment; search: not possess body armor; not enter Republic of Mexico; report all vehicles; not possess narcotic drug; not frequent any gun trade shows; mental health treatment; provide probation officer with access to financial information; abstain from alcoholic beverages; substance abuse testing and treatment; weapons prohibition; DNA. Supervision commenced on January 9, 2014.

The offender has requested to travel to Cancun, Mexico, from November 7, 2016 through November 16, 2016, for a trip with his wife for his birthday.  All outstanding conditions have been satisfied at this time and Mr. Chapman is scheduled to complete supervision on January 8, 2017.  Please note that prior travel to Cancun, Mexico was approved by Your Honor on August 19, 2016. The undersigned recommends that travel be approved.

Respectfully submitted,                                   Reviewed by:

_____                           _____
Mark Unalp                                                          Sonia Lapizco
U.S. Probation Officer                                        Supervisory U.S. Probation Officer

Travel is:
☒ Approved
☐ Denied

_____
Jeffrey S. White
United States District Judge

Date: October 26, 2016

NDC-SUPV-FORM-046 06/01/2015